PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alirio Gallego-Dugue                                   Cr.: 07-307 (SRC)

Name of Sentencing Judicial Officer: Honorable Joseph J. Farnan, Jr.

Date of Original Sentence: 01/12/06

Original Offense: Conspiracy to Pass Counterfeit Federal Reserve Notes; 18 U.S.C. §§ 371 and 472

Original Sentence: Time Served

Type of Supervision: Supervised Release (3 years)          Date Supervision Commenced: 01/12/06

Assistant U.S. Attorney: To be assigned                    Defense Attorney: To be assigned

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    On February 10, 2007, the offender was involved in an automobile accident in Roselle Park, New Jersey, and charged with Driving While Under the Influence (DWI) and Careless Driving. On June 21, 2007, he appeared in Roselle Park, New Jersey Municipal Court and pled guilty before the Honorable Jeffrey Angelo to DWI. The Careless Driving charge was dismissed at sentencing. His driving privileges were suspended for two years and he was ordered to perform 30 hours of community service, fined $859 and must complete 48 hours of classroom at Intoxicated Driver Resource Center (IDRC). It was further ordered that the offender submit to a two-year ignition interlock program or one year of registration suspension.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa  *Elizabeth Villa*
U.S. Probation Officer
Date: 07/09/07

PROB 12C - Page 2
Alirio Gallego-Duque

THE COURT ORDERS:

[✓] The Issuance of a Summons.  Date of Hearing: 9/11/07 @ 10:00am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/16/07
Date