PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alirio Gallego-Dugue                              Cr.: 07-307 (SRC)

Name of Sentencing Judicial Officer: Honorable Joseph J. Farnan, Jr.

Date of Original Sentence: 01/12/06

Original Offense: Conspiracy to Pass Counterfeit Federal Reserve Notes; 18 U.S.C. §§ 371 and 472

Original Sentence: Time Served

Type of Supervision: Supervised Release (3 years)          Date Supervision Commenced: 01/12/06

Assistant U.S. Attorney: Lee Vartan                        Defense Attorney: Patrick McMann, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 10, 2007, the offender was involved in an automobile accident in Roselle Park, New Jersey, and charged with Driving While Under the Influence (DWI) and Careless Driving. On June 21, 2007, he appeared in Roselle Park, New Jersey Municipal Court and pled guilty before the Honorable Jeffrey Angelo to DWI. The Careless Driving charge was dismissed at sentencing. His driving privileges were suspended for two years. |

2   The offender has violated the supervision condition which states '**The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

Following his conviction on June 21, 2007, for Driving While Under the Influence of Alcohol, the offender was referred for drug/alcohol testing and treatment. He failed to report for testing on July 16, July 26 and August 2, 2007, as instructed via code-a-phone. Furthermore, he was instructed to attend weekly Alcohol Anonymous (AA) meetings. As of this writing, the offender has failed to attend a single AA meeting as instructed.

3   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit his monthly supervision reports for July, September, October and November 2006, as well as January through August 2007, despite numerous requests by the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 09/05/07

THE COURT ORDERED:

[ X ]  The Issuance of a Summons.  Date of Hearing: ___September 11, 2007 at 10:00 a.m.___
[   ]  The Issuance of a Warrant
[   ]  No Action
[   ]  Other

Signature of Judicial Officer

9/11/07
Date